UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JASON WANICK,

    Plaintiff,

v.                          02-CV-3358

KEVIN JOHNSON and
JOHN CEARLOCK,

    Defendants.

## Order

On June 8, 2005, the court denied defendant Cearlock's summary judgment motion, and moved *sua sponte* for summary judgment in defendant Johnson's favor. Johnson had filed a waiver of service, but had never appeared. Defendant Johnson did appear after that order, filing an answer and a response to the plaintiff's objections to sua sponte summary judgment in Johnson's favor.

Having reviewed the plaintiff's response to the court's June 8, 2005 order, the court believes his claim against Johnson should not be dismissed *sua sponte*. The plaintiff argues that deliberate indifference can be inferred from Johnson's failure to refer the plaintiff to see a doctor after seeing the plaintiff's obviously broken nose needed immediate treatment. The court already outlined its concerns about the deliberate indifference claim against Johnson in its June 8th order, but believes now that summary judgment in Johnson's favor would be premature, particularly given the Seventh Circuit's admonition that granting summary judgment *sua sponte* is a "hazardous procedure." *Osler Institute v. Forde*, 333 F.3d 832, 838 (7th Cir. 2003). Accordingly, the court withdraws its sua sponte summary judgment motion; defendant Johnson remains in for trial. Final pretrial and trial dates remain unchanged.

Entered this 4th Day of October, 2005.

                                                s\Harold A. Baker

                                                HAROLD A. BAKER
                                             UNITED STATES DISTRICT JUDGE